IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No 13-cv-00179-RBJ

CELLPORT SYSTEMS, INC.,

    Plaintiff,

v.

PANTECH CO. LTC., and
PANTECH WIRELESS, INC.,

    Defendants.

---

ORDER GRANTING JOINT REQUEST TO STAY ALL DEADLINES THROUGH
NOVEMBER 22, 2013

---

    It is hereby ORDERED that the parties' Request to Stay All Dates Through November 22, 2013 submitted by the parties in their Joint Notice of Pending Settlement, is granted finding good cause shown in light of the pending settlement and in the interests of judicial economy and efficiency. All dates set forth in the Joint Civil Scheduling Order (Doc. 33) between and among the parties are stayed through and including November 22, 2013. Should a stipulated dismissal with prejudice of this action not be filed by the parties by November 22, 2013, any deadlines falling within the stay will be due on or before November 29, 2013.

    DATED this 17th day of October, 2013.

                                                  BY THE COURT:

                                                  _____
                                                  R. Brooke Jackson
                                                  United States District Judge