IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No 13-cv-00179-RBJ

CELLPORT SYSTEMS, INC.,

    Plaintiff,

v.

PANTECH CO. LTC., and
PANTECH WIRELESS, INC.,

    Defendants.

## ORDER OF DISMISSAL

The parties having stipulated to a dismissal of this case, this Court dismisses all claims and counterclaims in the above-captioned action with prejudice, orders each party to bear its own attorneys' fees and costs, and terminates this action.

DATED this 25th day of November, 2013.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
R. Brooke Jackson
United States District Judge